DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## DOGGETT v. WELBORN

No. 82 PC.

Case below: 18 N.C. App. 105.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

## HOLLOWELL v. HOLLOWELL
## and TAPPAN v. HOLLOWELL

No. 104 PC.

Case below: 18 N.C. App. 279

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

## McKINNEY v. MORROW

No. 109 PC.

Case below: 18 N.C. App. 282.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

## MILLER v. BELK

No. 84 PC.

Case below: 18 N.C. App. 70.

Petition of defendant Kirkley for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

## PARK v. CARROLL

No. 85 PC.

Case below: 18 N.C. App. 53.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.